[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-14502
Non-Argument Calendar

_____

D.C. Docket No. 1:14-cr-00033-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH E. THORNTON

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 15, 2017)

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Sydney R. Strickland, appointed counsel for Kenneth Thornton in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Thornton's conviction and sentence are **AFFIRMED**.